UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY BOYLE, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF PUYALLUP, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV18-5750BHS |

___ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ordered that Judgment is entered in favor of Plaintiffs Nancy Boyle, Glenn Humphreys, Nicki Wedgeworth, and Terry Linblade against Defendant City of Puyallup each $10,100, plus $100,000 for their attorneys' fees and costs, for a total payment of $140,400.

Dated this 15th day of February, 2019.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment