THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY BOYLE, et al., | No. 18-CV-5750-BHS |
| Plaintiffs, | PLAINTIFFS' NOTICE OF SATISFACTION OF JUDGMENT |
| v. | |
| CITY OF PUYALLUP, et al., | |
| Defendants. | |

Plaintiffs Nancy Boyle, Glenn Humphreys, Nicki Wedgeworth, and Terry Linblade, by and through their undersigned attorneys of record, acknowledge satisfaction in full, in the amount of $140,400 of the Judgment against defendant City of Puyallup, entered in this matter on February 15, 2019.

The Clerk of the Court is hereby authorized and requested to enter a satisfaction of judgment of record and thereby to cancel, satisfy and discharge the judgment.

PLAINTIFFS' NOTICE OF SATISFACTION OF
JUDGMENT (NO. 3:18-CV-05750-BHS) – 1

LEGAL144214578.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 25th day of April, 2019.

s/Sherilyn Peterson, WSBA No. 11713
David Steele, WSBA No. 45640
Carolyn Gilbert, WSBA No. 51285
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  speterson@perkinscoie.com
E-mail:  DSteele@perkinscoie.com
E-mail:  CGilbert@perkinscoie.com

Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF SATISFACTION OF JUDGMENT (NO. 3:18-CV-05750-BHS) – 2

LEGAL144214578.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 25, 2019, I electronically filed the foregoing PLAINTIFFS' NOTICE OF SATISFACTION OF JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| ADAM ROSENBERG<br>KATHLEEN X. GOODMAN<br>**WILLIAMS, KASTNER & GIBBS PLLC**<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>kgoodman@williamskastner.com<br>arosenberg@williamskastner.com<br>sblair@williamskastner.com<br>bjenson@williamskastner.com<br>jhager@williamskastner.com<br><br>Attorneys for City of Puyallup | ALICIA M. BURTON<br>**Pierce County** Prosecuting Attorney's Office<br>Civil Division<br>955 Tacoma Ave S, Suite 301<br>Tacoma, WA 98402-2160<br>aburton@piercecountywa.gov<br>gina.lane@piercecountywa.gov<br>christina.smith@piercecountywa.gov<br><br>Attorneys for Pierce County |

I further certify that all parties to this action or their attorneys are CM/ECF participants.

DATED this 25th day of April, 2019.

    s/Sherilyn Peterson, WSBA No. 11713
    Attorneys for Plaintiffs
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    E-mail: SPeterson@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 3:18-CV-05750-BHS) – 1

LEGAL144214578.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000