Hon. Benjamin H. Settle
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY BOYLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PIERCE COUNTY, et al., <br><br> Defendants. | NO. 3:18-cv-05750-BHS <br><br> NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES |

Notice is hereby given that all claims against all parties in this action have been resolved. Any trial or other hearings in this matter may be stricken from the Court's calendar. This notice is being filed with the consent of all parties.

If an order dismissing all claims against all parties is not entered within 90 days after the written notice of settlement is filed, the case shall be dismissed by the Court.

DATED this 23rd day of December, 2019.

MARY E. ROBNETT
Prosecuting Attorney

s/ MICHELLE LUNA-GREEN
MICHELLE LUNA-GREEN, WSBA #27088
Pierce County Deputy Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-6380 / Fax: 253-798-6713
michelle.luna-green@piercecountywa.gov

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES - 1
BOYLE NOT OF SETTLEMENT.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

# CERTIFICATE OF SERVICE

On December 23, 2019, I hereby certify that I electronically filed the foregoing NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Shawn E Arthur:** sarthur@ci.puyallup.wa.us
- **Tristia Bauman:** tbauman@nlchp.org
- **Joseph N. Beck:** jbeck@ci.puyallup.wa.us
- **Carolyn S Gilbert:** carolyngilbert@perkinscoie.com, docketsea@perkinscoie.com, LNelson@perkinscoie.com
- **Kathleen X Goodman:** kgoodman@williamskastner.com, bjenson@williamskastner.com
- **Sherilyn Christine Peterson:** speterson@perkinscoie.com, sbilger@perkinscoie.com, DocketSeaPl@PerkinsCoie.com
- **Megan Lin:** mlin@perkinscoie.com,kcampbell@perkinscoie.com
- **Adam Rosenberg:** arosenberg@williamskastner.com, sblair@williamskastner.com, jhager@williamskastner.com
- **David S Steele:** DSteele@perkinscoie.com, DocketSEA@perkinscoie.com, dcoker@perkinscoie.com

    s/ CHRISTINA WOODCOCK
    CHRISTINA WOODCOCK
    Legal Assistant
    Pierce County Prosecutor's Office
    Civil Division, Suite 301
    955 Tacoma Avenue South
    Tacoma, WA 98402-2160
    Ph: 253-798-7732 / Fax: 253-798-6713

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES - 2
BOYLE NOT OF SETTLEMENT.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713