Hon. Benjamin H. Settle
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY BOYLE, GLENN HUMPHREYS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PUYALLUP and PIERCE COUNTY,<br><br>Defendants. | NO. 3:18-cv-05750-BHS<br><br>STIPULATED ORDER OF DISMISSAL<br><br>Noted on Motion Docket: January 21, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter has been fully settled and compromised between the remaining Plaintiffs, Nancy Boyle and Glenn Humphreys, and Defendant Pierce County and may be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

SO STIPULATED this 21st day of January, 2020.

MARY E. ROBNETT
Prosecuting Attorney

_____
MICHELLE LUNA-GREEN, WSBA #27088
Pierce County Deputy Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-6380 / Fax: 253-798-6713
michelle.luna-green@piercecountywa.gov

PERKINS COIE LLP

s/ SHERILYN PETERSON
SHERILYN PETERSON, WSBA #11713
Attorney for Plaintiffs
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Ph: 206-359-8000 / Fax:
speterson@perkinscoie.com

STIPULATED ORDER OF DISMISSAL - 1
BOYLE STIP ORD DISMISSAL.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

# ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the remaining Plaintiffs, Nancy Boyle and Glenn Humphreys, and Defendant Pierce County for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' complaint against Defendant Pierce County be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DONE IN OPEN COURT this _____ day of January, 2020.

_____
BENJAMIN H. SETTLE
U.S. District Court Judge

| Presented by: | Approved as to Form and Entry: |
|---|---|
| MARY E. ROBNETT<br>Prosecuting Attorney | PERKINS COIE LLP |
| *(signature)*<br>MICHELLE LUNA-GREEN, WSBA #27088<br>Pierce County Deputy Prosecutor / Civil<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, WA 98402-2160<br>Ph: 253-798-6380 / Fax: 253-798-6713<br>michelle.luna-green@piercecountywa.gov | s/ SHERILYN PETERSON<br>SHERILYN PETERSON, WSBA #11713<br>Attorney for Plaintiffs<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Ph: 206-359-8000 / Fax:<br>speterson@perkinscoie.com |

STIPULATED ORDER OF DISMISSAL - 2
BOYLE STIP ORD DISMISSAL.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

# CERTIFICATE OF SERVICE

On January 21, 2020, I hereby certify that I electronically filed the foregoing STIPULATED ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Shawn E Arthur:** sarthur@ci.puyallup.wa.us
- **Tristia Bauman:** tbauman@nlchp.org
- **Joseph N. Beck:** jbeck@ci.puyallup.wa.us
- **Carolyn S Gilbert:** carolyngilbert@perkinscoie.com, docketsea@perkinscoie.com, LNelson@perkinscoie.com
- **Kathleen X Goodman:** kgoodman@williamskastner.com, bjenson@williamskastner.com
- **Sherilyn Christine Peterson:** speterson@perkinscoie.com, sbilger@perkinscoie.com, DocketSeaPl@PerkinsCoie.com
- **Megan Lin:** mlin@perkinscoie.com, kcampbell@perkinscoie.com
- **Adam Rosenberg:** arosenberg@williamskastner.com, sblair@williamskastner.com, jhager@williamskastner.com
- **David S Steele:** DSteele@perkinscoie.com, DocketSEA@perkinscoie.com, dcoker@perkinscoie.com

*Christina Woodcock*
CHRISTINA WOODCOCK
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph: 253-798-7732 / Fax: 253-798-6713

STIPULATED ORDER OF DISMISSAL - 3
BOYLE STIP ORD DISMISSAL.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713