1

Hon. Benjamin H. Settle
U.S. District Judge

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

| | |
|---|---|
| NANCY BOYLE, GLENN HUMPHREYS, et al., | NO. 3:18-cv-05750-BHS |
| Plaintiffs, | STIPULATED ORDER OF DISMISSAL |
| vs. | Noted on Motion Docket: January 21, 2020 |
| CITY OF PUYALLUP and PIERCE COUNTY, | |
| Defendants. | |

9

10

11

12

13

14        IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

15    complaint in the above-entitled matter has been fully settled and compromised between the

16    remaining Plaintiffs, Nancy Boyle and Glenn Humphreys, and Defendant Pierce County and may

17    be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

18        SO STIPULATED this 21st day of January, 2020.

19    MARY E. ROBNETT                                    PERKINS COIE LLP
      Prosecuting Attorney

20

21    s/ MICHELLE LUNA-GREEN                             s/ SHERILYN PETERSON
      MICHELLE LUNA-GREEN, WSBA #27088                   SHERILYN PETERSON, WSBA #11713
      Pierce County Deputy Prosecutor / Civil           Attorney for Plaintiffs

22    955 Tacoma Avenue South, Suite 301                 1201 Third Avenue, Suite 4900
      Tacoma, WA  98402-2160                             Seattle, WA  98101-3099

23    Ph: 253-798-6380 / Fax: 253-798-6713               Ph: 206-359-8000 / Fax:
      michelle.luna-green@piercecountywa.gov             speterson@perkinscoie.com

24

STIPULATED ORDER OF DISMISSAL - 1
BOYLE STIP ORD DISMISSAL.docx
USDC WAWD No. 3:18-cv-05750-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1

**O R D E R**

2          THIS MATTER coming on to be heard before the undersigned Judge of the above-

3   entitled Court based upon the stipulation of the remaining Plaintiffs, Nancy Boyle and Glenn

4   Humphreys, and Defendant Pierce County for dismissal, and the Court being fully advised in the

5   premises, now, therefore, it is hereby

6          ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' complaint against

7   Defendant Pierce County be, and the same is hereby dismissed with prejudice, with all parties to

8   bear their own costs and attorney fees.

9          DONE IN OPEN COURT this 22nd day of January, 2020.

10

11

12          _____
            BENJAMIN H. SETTLE
13          United States District Judge

14

15

16  Presented by:                              Approved as to Form and Entry:

17  MARY E. ROBNETT                            PERKINS COIE LLP
    Prosecuting Attorney

18  s/ MICHELLE LUNA-GREEN                     s/ SHERILYN PETERSON
    MICHELLE LUNA-GREEN, WSBA #27088           SHERILYN PETERSON, WSBA #11713
19  Pierce County Deputy Prosecutor / Civil    Attorney for Plaintiffs
    955 Tacoma Avenue South, Suite 301         1201 Third Avenue, Suite 4900
20  Tacoma, WA  98402-2160                     Seattle, WA  98101-3099
    Ph: 253-798-6380 / Fax: 253-798-6713       Ph: 206-359-8000 / Fax:
21  michelle.luna-green@piercecountywa.gov     speterson@perkinscoie.com

22

23

24